In the Matter of SIBYL WINTERNITZ et al., Respondents, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

, Argued July 2, 1947; decided July 2, 1947.

*Charles E. Murphy, Corporation Counsel (Seymour B. Quel, David M. Fuchs* and *Frank A. Piazza* of counsel), for appellants.
*H. Eliot Kaplan* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.